THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Henry L. Knox,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal from Georgetown County
J. Michael Baxley, Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2004-MO-001
Submitted November 19, 2003 - Filed 
 January 12, 2004

DISMISSED

 
 
 
Katherine Carruth Link, and S.C. Office of Appellate Defense, 
 of Columbia, for petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Chief, Capital and Collateral Litigation 
 Donald J. Zelenka, Assistant Deputy Attorney General Allen Bullard, and Assistant 
 Attorney General Douglas E. Leadbitter, of Columbia, for respondent.
 
 
 

 PER CURIAM:  After careful consideration, we dismiss the writ 
 of certiorari as improvidently granted.  See Moultrie v. State, 
 351 S.C. 270, 569 S.E.2d 363 (2002) (no relief where there is no prejudice because 
 charge on lesser not merited); State v. Higgins, 215 S.C. 153, 54 S.E.2d 
 553 (1949) (charge proper where no reference to disputed fact except in a hypothetical 
 way).

 
 
    s/Jean
 H. Toal                                    
   C.J.
 s/James E. Moore
                             
       J.
 s/John H. Waller, Jr.                           
       J.
 s/E. C. Burnett, III                                
       J.
 s/Costa M. Pleicones                              
 J.